[No. 10256–1–II. Division Two. May 11, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS CURTIS WILLIAMS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 85–1–00158–3, Carol A. Fuller, J., entered August 1, 1986. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.